STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARLOS ACOSTA, et al., | Case No. 2:09-mc-00101-JAM-GGH |
| Plaintiffs, | [~~PROPOSED~~] ORDER TO SEAL APPLICATIONS AND ORDERS FOR APPEARANCE AND EXAMINATION |
| vs. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

[PROPOSED] ORDER TO SEAL APPLICATIONS AND ORDERS FOR APPEARANCE AND EXAMINATION
NY 73307630v1

# [~~PROPOSED~~] ORDER

The Request to Seal Applications and Orders for Appearance and Examination (the "Request") pursuant to Local Rule 141 was taken under submission by this Court. After consideration of the Request and supporting documents, this Court finds that the Applications and Orders for Appearance and Examination, pages one through six (1-6), contain confidential information subject to the Protective Order entered in <u>Carlos Acosta, et al. v. Islamic Republic of Iran, et al.</u>, United States District Court for the District of Columbia Case Number 06-cv-745 (RCL). Accordingly, IT IS HEREBY ORDERED that the Applications and Orders for Appearance and Examination are sealed.

IT IS SO ORDERED.

DATED: April 21, 2011

GREGORY G. HOLLOWS
The Honorable Gregory G. Hollows
United States Magistrate Judge

- 1 -
[PROPOSED] ORDER TO SEAL APPLICATIONS AND ORDERS FOR APPEARANCE AND EXAMINATION
NY 73307630v1