STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CARLOS ACOSTA, et al., | Case No. 2:09-mc-00101-JAM-GGH |
| Plaintiffs, | **ORDER TO SEAL APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION** |
| vs. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

**ORDER**

The Request to Seal Application and Order for Appearance and Examination (the "Request") (Fiduciary Trust Int. of California) pursuant to Local Rule 141 was taken under submission by this Court. After consideration of the Request and supporting documents, this Court finds that the Application and Order for Appearance and Examination, pages one through four (1-4), contains confidential information subject to the Protective Order entered in <u>Carlos Acosta, et al. v. Islamic Republic of Iran, et al.</u>, United States District Court for the District of Columbia Case Number 06-cv-745 (RCL). Accordingly, IT IS HEREBY ORDERED that the Application and Order for Appearance and Examination is sealed.

**IT IS SO ORDERED.**

DATED: May 12, 2011           /s/ Gregory G. Hollows

_____
Honorable Gregory G. Hollows
United States Magistrate Judge