1  STROOCK & STROOCK & LAVAN LLP
   STEPHEN J. NEWMAN (State Bar No. 181570)
2  BRIAN C. FRONTINO (State Bar No. 222032)
   CATHERINE HUANG (State Bar No. 271886)
3  2029 Century Park East
   Los Angeles, CA 90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email: lacalendar@stroock.com

6  Attorneys for Plaintiffs

FILED
SEP 12 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| CARLOS ACOSTA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Case No. 2:09-mc-00101-JAM-GGH <br><br> [PROPOSED] ORDER TO SEAL APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION AND SUPPORTING AFFIDAVIT |

## [PROPOSED] ORDER

The Request to Seal Application and Order for Appearance and Examination and supporting Affidavit (the "Request") pursuant to Local Rule 141 was taken under submission by this Court. After consideration of the Request and supporting documents, this Court finds that the Application and Order for Appearance and Examination and supporting Affidavit (together, the "Application"), pages one through four (1-4), contains confidential information subject to the Protective Order entered in <u>Carlos Acosta, et al. v. Islamic Republic of Iran, et al.</u>, United States District Court for the District of Columbia Case Number 06-cv-745 (RCL). Accordingly, IT IS HEREBY ORDERED that the Application is sealed.

**IT IS SO ORDERED.**

DATED: Sept 9, 2011

_____
The Honorable Gregory G. Hollows
United States Magistrate Judge

- 1 -
[PROPOSED] ORDER TO SEAL APPLICATION AND ORDER FOR
APPEARANCE AND EXAMINATION AND SUPPORTING AFFIDAVIT

NY 73307630v2